UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIKE PIECZYNSKI,**

      **Plaintiff,**

v.                                           Case No.  6:20-cv-1457-CEM-DCI

**LCA VISION, INC.,**

      **Defendant.**

                                   /

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion for Order Approving Settlement of Collective Action ("Motion," Doc. 58). The United States Magistrate Judge issued a Report and Recommendation (Doc. 61), recommending that the Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that the parties filed a Joint Notice of Non-Objection (Doc. 62), the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 61) is **ADOPTED** and made a part of this Order.

2. Plaintiffs' Unopposed Motion for Order Approving Settlement of Collective Action (Doc. 58) is **GRANTED in part** and **DENIED in part**.

3. The Settlement Agreement (Doc. 58-2) as set forth in the Report and Recommendation is **APPROVED**.

4. The Motion is otherwise **DENIED**. The Court will not retain jurisdiction to enforce the Settlement Agreement.

5. This case is **DISMISSED with prejudice**.

6. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 23, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record